# UNITED STATES DISTRICT COURT
for the
District of Delaware

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 17-179M
THE PERSON OF TROMAR BARON MAPP FOR THE )
PURPOSES OF SECURING A DNA SAMPLE )
)

REDACTED

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
The body of Tromar Baron MAPP, DOB: /1989, SBI number DE00658974, currently in Federal custody, for the purposes of securing a DNA sample by manner of buccal swabbing.

located in the _____ District of ___Delaware___ , there is now concealed *(identify the person or describe the property to be seized)*:
Two buccal swabs from the TARGET. See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g) | possession of a firearm by a prohibited person |

The application is based on these facts:
See attached affidavit, incorporated herein

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Sally Koeplin, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/11/17

_____
*Judge's signature*

City and state: Wilmington, Delaware
Honorable Mary Pat Thynge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PERSON OF TROMAR BARON MAPP FOR THE PURPOSES OF SECURING A DNA SAMPLE | Case No. 17-179 m |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR SEARCH WARRANT**

I, Sally Koeplin, being first duly sworn, hereby depose and state as follows:

**Introduction**

1. I make this Affidavit in support of an application for a search warrant for the DNA of Tromar Baron MAPP, date of birth ⸱ /1989, social security number -9431, Delaware State identification number DE00658974 ("TARGET").

2. I am a federal law enforcement officer authorized to request search warrants pursuant to Federal Rule of Criminal Procedure 41. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since January of 2016. I am currently assigned to the Wilmington, Delaware Field Office within the Baltimore Field Division. I am a graduate of the Federal Law Enforcement Training Center's Basic Criminal Investigator Program and the ATF's Special Agent Basic Training Program. Prior to your Affiant's employment with ATF, your Affiant was a sworn law enforcement officer with the Uniformed Division of the United States Secret Service for over five (5) years. During the course of your Affiant's law enforcement career, your Affiant has received law enforcement training on the investigation of firearms offenses. Your Affiant has participated in numerous investigations of firearms offenses and participated in the seizure of firearms. Your Affiant has also had

numerous conversations with police officers and Federal agents about the facts and circumstances of firearms offenses.

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Since this Affidavit is being submitted for the limited purpose of securing a search warrant for the TARGET, I have not included details of every aspect of the investigation. I am not requesting that facts not set forth herein are not being relied on in reaching my conclusion that the requested order should be issued.

## The Investigation

5. As set forth in more detail below, there is probable cause to believe that the TARGET possessed a firearm after having been convicted of Carrying a Concealed Deadly Weapon in Sussex County, Delaware Superior Court, May 21, 2012, and Rogue and Vagabond in the Circuit Court for Wicomico County, Maryland, November 22, 2011. These are both crimes punishable by possible jail sentences that exceed twelve (12) months.

6. On March 7, 2017, your affiant and other member of the ATF Wilmington Field Office executed a Federal search warrant previously authorized by this Court (mc:17-38M) at the _____ Seaford, Delaware ("SUBJECT RESIDENCE") based on information received from a confidential informant. Upon executing the search warrant, the TARGET was observed getting off a couch and attempting to hide behind another couch where he was detained. Also present in the residence at the time of the warrant, and detained, were another adult male, an adult female, and three (3) juveniles.

7. In the kitchen of the SUBJECT RESIDENCE, agents recovered a black magazine containing nineteen (19) rounds of Remington 9-mm ammunition. The recovered magazine was compatible with a handgun which was recovered on top of a bookshelf located in the front living room of the SUBJECT RESIDENCE, near the front door. This firearm is specifically described as a Sig Sauer, model P226, 9-mm pistol, serial number (s/n) U572174 ("SIG SAUER").

8. Agents also recovered one hundred nine (109) individual bags of heroin with an approximate gross weight of 1.6 grams, indicia of residency in the name of the TARGET, and a cell phone from the master bedroom. In addition, agents recovered approximately .8 grams of cocaine and two (2) grams of marijuana as well as drug paraphernalia from the kitchen and a cell phone from the living room of the SUBJECT RESIDENCE.[1]

9. Following the completion of the search warrant, the TARGET was transported to the Seaford, Delaware Police Department where he was interviewed. During the course of the interview, the TARGET stated that the heroin found in the bedroom belonged to him and denied any knowledge of the recovered ammunition or SIG SAUER. The TARGET also stated that he sold heroin to support his heroin habit. During the course of the warrant, the TARGET repeatedly asked agents if they were at the SUBJECT RESIDENCE because he sold drugs to an undercover officer.

10. TARGET was indicted for possession of a firearm by a person prohibited (Title 18, United States Code, Section 922(g)), possession of a firearm in furtherance of drug trafficking (Title 18, United States Code, Section 924(c)), and various drug offenses on June 6, 2017.

---

[1] Determinations of narcotics are based upon positive presumptive tests completed on samples of each of the substances.

3

### Information to be Searched and Things to be Seized

11. Through your Affiant's training and experience, she knows that DNA is secreted through the oils and skin cells on the hands. Particularly in instances of the handling, manipulation and loading of firearms, DNA can be transferred to areas of the firearm to include the grips, trigger, triggerguard, tang, slide, slide release, magazine, magazine release, and cartridges. Any areas that are abrasive or texturized hold a higher likelihood of capturing DNA from someone handling and manipulating a firearm.

12. DNA samples were collected from the firearm, magazine, and nineteen (19) rounds of Remington 9-mm ammunition which was seized on March 7, 2017, by a member of the Delaware State Police, whose members have received training in the collection of DNA from firearms.

13. Your Affiant intends to submit DNA swabs from the firearm, magazine, and nineteen (19) rounds of Remington 9-mm ammunition to a private laboratory for DNA analysis.

14. Therefore, a sample of TARGET's saliva would be of evidentiary value, in that such sample can be tested, using forensic DNA testing techniques, against samples collected from the SIG SAUER, magazine, and nineteen (19) rounds of Remington 9-mm ammunition.

15. Your Affiant anticipates executing this warrant by means of taking buccals swabs from the TARGET's mouth, tongue and gums. This process is explained in detail in Attachment B. The TARGET is currently being held at the Federal Detention Center in Philadelphia, Pensylvania on the charges described above; however, he will be transported to Delaware for the execution of this warrant. Upon receipt of the DNA sample from the TARGET, the sample will be sent to a private laboratory for comparative analysis with the

4

samples taken from the SIG SAUER, magazine, and nineteen (19) rounds of Remington 9-mm ammunition.

### Conclusion

16. Based on the foregoing, I submit there is probable cause to believe that evidence of the alleged violation of Title 18, United States Code, Section 922(g)(1), Possession of a Firearm by a Person Prohibited may be contained on the SIG SAUER, magazine, and nineteen (19) rounds of Remington 9-mm ammunition. I submit that there is probable cause to believe that the DNA of the TARGET will further cooroborate previously obtained evidence regarding the TARGET's possession of the firearm and ammunition and that evidence of this possession may be uncovered by the search and seizure of the TARGET's DNA for comparative analysis to samples taken from the SIG SAUER, magazine, and nineteen (19) rounds of Remington 9-mm ammunition.

Respectfully submitted,

*Sally Koeplin*

Sally A. Koeplin, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me on ___September 11, 2017___, 2017

THE HONORABLE CHRISTOPHER T. BURKE
UNITED STATES MAGISTRATE JUDGE

5

## ATTACHMENT A

**Property to Be Searched**

The body of Tromar Baron MAPP, DOB: /1989, SBI number DE00658974, currently in Federal custody, for the purposes of securing a DNA sample by manner of buccal swabbing.

## ATTACHMENT B

### Particular Things to Be Seized

Two buccal swabs from the TARGET. These buccal swabs will be taken in following manner:

1. Your affiant will utilize personal protective equipment: rubber gloves

2. Two sterile cotton tipped swabs will be removed from their sealed wrappers.

3. The cheek, tongue, roof of mouth and gum areas of the TARGET's mouth will be swabbed with the two sterile cotton tipped swabs.

4. The two sterile cotton tipped swabs will be placed in separate sterile containers and sealed utilizing evidence tape.

5. These two sealed containers will be separately marked as ATF Items of Evidence and maintained for further analysis.